WILLIAM J. TANNER, Respondent, v. HENRY G. GALSTER, Appellant.— Judgment and order reversed upon the law, with costs, and complaint unanimously dismissed. The evidence is insufficient to support a finding of negligence on the part of defendant, or want of probable cause if the action is to be considered as brought for malicious prosecution. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

MARY E. TOBIN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

MARTIN M. URBAND and Another, Copartners, etc., Appellants, v. MENDEL SINGER and Others, Copartners, etc., and Another, Respondents.— Orders dismissing the complaint on the ground that it does not state a cause of action affirmed, with ten dollars costs and disbursements to each of the respondents. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

KATHERINE WEBER, Respondent, v. PAERDEGAT AMUSEMENT CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

ARTHUR ZIMMERMAN, Respondent, v. MARIE ZIMMERMAN, Appellant.— Final and interlocutory judgments reversed upon the facts, and a new trial granted, with costs to appellant to abide the event, upon the ground that the evidence fails to establish satisfactorily the defendant's guilt. Issue to be framed and tried before a jury. Kelly, P. J., Jaycox, Young and Kapper, JJ., concur; Kelby, J., dissents. Settle order on notice.

ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Appellant, v. ROLLS ROYCE COMPANY OF AMERICA, LTD., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

LILLIAN B. BOWERS, Respondent, v. FREDERICK T. BOWERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

CARLEY-KANE CO., INC., Respondent, v. WILCOX CONSTRUCTION CO., INC., Appellant.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.